UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL JACKSON LINDSAY-BROWN,<br><br>Defendant. | MJ-09-54<br><br>Order Of Dismissal With Prejudice |

Leave of Court is granted for the filing of the foregoing dismissal with prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this  5th  day of March, 2009.

Cynthia Imbrogno
United States Magistrate

RECEIVED
MAR 04 2009
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

Order Of Dismissal With Prejudice - 1
P90303DD.JHB.wpd